Honorable Thomas Zilly

04-CV-00983-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF WASHINGTON, AND THE TULALIP TRIBES OF WASHINGTON,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WASTE MANAGEMENT OF WASHINGTON, INC. f/k/a WASHINGTON WASTE HUALING AND RECYCLING, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION NO.<br>C04-983-Z<br><br>ORDER ENTERING<br>NATURAL RESOURCE DAMAGES<br>CONSENT DECREE |

For good cause shown, the Natural Resource Damages Consent Decree between plaintiffs the United States of America, the State of Washington Department of Ecology and the Tulalip Tribes of Washington, as trustees for natural resources at the Tulalip Landfill Superfund Site, and defendant Waste Management of Washington is hereby entered as an order of this Court in this action.

So ORDERED this 23rd day of June, 2004

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Prepared by:

s/ Sean Carman
Sean Carman
U.S. Department of Justice
Environmental Enforcement Section
c/o NOAA DARC
7600 Sand Point Way, NE
Seattle, WA 98115
(206) 526-6617